FILED

03/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0137

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0137

_____

STATE OF MONTANA,

       Plaintiff and Appellee,

    v.                                    O R D E R

SHELBY BRYAN RAGNER,

       Defendant and Appellant.

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's Opening Brief brief filed electronically on March 20, 2022, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

Montana Rule of Appellate Procedure 12(1)(i), requires that the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken together with any written memorandum or rationale of the court, and those pages of the transcript containing any oral ruling in support thereof, be contained in an appellant's brief to this Court. The Appellant included an appendix containing only the final Sentencing Order in this matter, but on appeal challenges the District Court's decisions relating to jury instructions. The relevant jury instructions must also be included in the Opening Brief's appendix. Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained

in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
March 22 2022